No. 73–40. WALLACE, ACTING WARDEN v. SMITH. C. A. 4th Cir. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before November 14, 1973.

No. 73–5072. MATTHEWS v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.

No. 73–5186. MOORE v. UNITED STATES. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE DOUGLAS would grant the motion.

No. 73–191. VILLAGE OF BELLE TERRE ET AL. v. BORAAS ET AL. Appeal from C. A. 2d Cir. Probable jurisdiction noted.

No. 73–38. UNITED STATES v. MARINE BANCORPORA-TION, INC., ET AL. Appeal from D. C. W. D. Wash. Motions to advance oral argument denied. Probable jurisdiction noted.

No. 72–1517. GILMORE ET AL. v. CITY OF MONT-GOMERY, ALABAMA, ET AL. C. A. 5th Cir. Certiorari granted.

No. 72–1597. BEASLEY ET AL. v. FOOD FAIR OF NORTH CAROLINA, INC., ET AL. Sup. Ct. N. C. Certiorari granted.

No. 73–190. BELLIS v. UNITED STATES. C. A. 3d Cir. Certiorari granted.